No. 906. PERCY B. SULLIVAN, PETITIONER, *v.* THE UNITED STATES. April 10, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for

the Seventh Circuit denied. *Mr. Leslie A. Gilmore* and *Mr. Frank S. Bright* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.